# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-1545

_____

Daniel Cincoski

*Plaintiff - Appellant*

v.

Nurse Rhonda Bradley; Tim Helder; Randall Denzer, Jail Administrator

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: September 6, 2012
Filed: September 11, 2012
[Unpublished]

_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Daniel L. Cincoski appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude that the court did not abuse its discretion in dismissing the action pursuant to Federal Rule of Civil Procedure 41(b). <u>See</u> <u>Good Stewardship Christian Ctr. v. Empire Bank</u>, 341 F.3d 794, 797 (8th Cir. 2003) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.